

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-19-00311-CV

———————————————

JAMES O. WILLIAMS, Appellant

V.

TARRANT COUNTY, CITY OF ARLINGTON, TARRANT COUNTY COLLEGE
DISTRICT, TARRANT COUNTY HOSPITAL DISTRICT, AND ARLINGTON
INDEPENDENT SCHOOL DISTRICT, Appellees

On Appeal from the 236th District Court
Tarrant County, Texas
Trial Court No. 236-D19674-18

Before Kerr, Birdwell, and Bassel, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

Appellant filed a timely notice of appeal from the trial court's August 13, 2019 judgment. The trial court granted appellant's motion for new trial on November 4, 2019, while it still had plenary jurisdiction. *See* Tex. R. Civ. P. 329b(a), (e).

On November 6, 2019, we informed the parties that the trial court's new-trial grant rendered this appeal moot and that the appeal would be dismissed unless, on or before November 18, 2019, any party desiring to continue the appeal filed a response showing grounds to continue it. No party filed a response.

Accordingly, on this court's own motion, we dismiss the appeal as moot. *See* Tex. R. App. P. 42.3(a), 43.2(f).

Per Curiam

Delivered: November 27, 2019